**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

# CIVIL MINUTES

**Case No**: Cv. 06-6088-KI  **Proceeding Date:** March 15, 2007

**Case Title:** Potter v. Washington

**Presiding Judge**: Garr M. King  **Courtroom Deputy**: Mary Austad (JH)

**Reporter:** None  **Tape No:**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket Entry**: RECORD OF ORDER: Plaintiff's motion for extension of time (#47) is GRANTED. Plaintiff shall file his opposition to defendants' motion for summary judgment, and any further briefing in support of his motion for partial summary judgment, on or before April 2, 2007. Defendants may file a reply within 11 days thereafter. Plaintiff's motion for partial summary judgment (#20) and defendants' motion for summary judgment (#44) shall be taken UNDER ADVISEMENT on April 16, 2007. The previous under-advisement date of March 26, 2007, is STRICKEN.

**Document Number:** _____
**CIVIL MINUTES**